UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTOPHER SANDOVAL<br><br>        Defendant. | 5:22CR00231-SSS<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- FAILURE TO APPEAR AT PRIOR HEARING
- FAILURE TO COMPLY W/ SUPERVISION
- SIGNIFICANT CONTROLLED SUBSTANCE ADDICTION
- LACK OF IDENTIFIED POTENTIAL SURETIES.

IT IS ORDERED that defendant be detained.

DATED: 5/10/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE