```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,      )   Case No.: 5:22-cr-00231-SSS
                                    )
12              Plaintiff,          )   ORDER OF DETENTION PENDING
                                    )   FURTHER REVOCATION
13         v.                       )   PROCEEDINGS
                                    )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   Christopher Sandoval,          )   U.S.C. § 3143(a)(1))
                                    )
15              Defendant.          )
                                    )
```

16      The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Central_____ District of

18   __California_____ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20      Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (×)  The defendant has not met his/her burden of establishing by clear and

23          convincing evidence that he/she is not likely to flee if released under 18

24          U.S.C. § 3142(b) or (c). This finding is based on the following:

25          (×)   information in the Pretrial Services Report and Recommendation

26          (×)   information in the violation petition and report(s)

27          (×)   the defendant's nonobjection to detention at this time

28          ( )   other: _____

and/ or

B. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (×) information in the Pretrial Services Report and Recommendation

    (×) information in the violation petition and report(s)

    (×) the defendant's nonobjection to detention at this time

    ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 09/25/2024

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

2